Exhibit A – Being Manually Filed