## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN BERBERICH, | : | Case No. 1:22-cv-00301 |
| Plaintiff, | : | JUDGE: MATHEW M. McFARLAND |
| v. | : | |
| CITY OF CINCINNATI, et al., | : | AFFIDAVIT OF ADAM HENNIE |
| Defendants. | : | |

I, Adam Hennie, being first duly cautioned and sworn, state and depose as follows:

1. I am over 18 years of age, am not under any restraint or disability, am competent to testify to the matters stated herein, and make this Affidavit upon my own knowledge.

2. I have reviewed the Complaint filed in this matter and I am named as a defendant in this matter.

3. On May 30, 2020, I was a Lieutenant with the Cincinnati Police Department. I have since been promoted to the rank of Captain.

4. On the evening of May 30, 2020, I oversaw the Cincinnati Police Department's Civil Disturbance Response Team ("CDRT").

5. Throughout May 30, 2020, protests were taking place across Cincinnati related to the murder of George Floyd. During the times described in the Complaint, CDRT was responding to a group of individuals who were engaged in violent behavior.

6. I have reviewed body-worn-camera ("BWC") footage involving Kathleen Berberich's arrest. I am not present in those videos.

7. While my name was listed as the notify officer on the complaint filed in Hamilton County Municipal Court Case No. 20/CRB/10026, I was not involved with Ms. Berberich's arrest on May 30, 2020, and it appears that was listed as such in error.

Further Affiant sayeth naught.

_____
Adam Hennie

STATE OF OHIO )
) ss:
COUNTY OF HAMILTON )

Sworn to and subscribed in my presence this ___ day of _____, ____.

JOHN PAUL MURRAY
Notary Public, State of Ohio
My Commission Expires
January 22, 2026

_____
Notary Public, State of Ohio

2