UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN BERBERICH, | : | Case No. 1:22-cv-00301 |
| Plaintiff, | : | JUDGE: MATHEW M. McFARLAND |
| v. | : | |
| CITY OF CINCINNATI, et al., | : | AFFIDAVIT OF JULIE O'BRIEN |
| Defendants. | : | |

I, Julie O'Brien, being first duly cautioned and sworn, state and depose as follows:

1. I am over 18 years of age, am not under any restraint or disability, am competent to testify to the matters stated herein, and make this Affidavit upon my own knowledge.

2. I have reviewed the Complaint filed in this matter and I am named as a defendant in this matter.

3. On May 30, 2020, I was a police officer with the Cincinnati Police Department. I remain in that position today.

4. On the evening of May 30, 2020, I was a processing officer at the Hamilton County Justice Center ("HJCJ").

5. In my role as a processing officer, I assisted in completing criminal complaints related to individuals who had been arrested and brought to the HCJC.

6. I have reviewed the complaint filed in Hamilton County Municipal Court Case No. 20/CRB/10026. This is a complaint that I completed.

7. I completed the complaint based upon information that was presented to me by the officer who transported Ms. Berberich to the HCJC. At this time, I have no recollection of who that officer was.

8. Based on the information presented to me by the transporting officer, I believed there was probable cause to arrest the subject of Hamilton County Municipal Court Case No. 20/CRB/10026 for Failure to Disperse.

1

9. I also have no recollection as to who told me that then Lt. Adam Hennie was the proper officer to notify. It is possible that I was either told the wrong officer's name or that I mistakenly wrote down the wrong officer's name.

Further Affiant sayeth naught.

*Julie O'Brien*

STATE OF OHIO )
) ss:
COUNTY OF HAMILTON )

Sworn to and subscribed in my presence this 4th day of MARCH, 2024.

JEFFREY W. SCHOLL
Notary Public, State of Ohio
My Commission Expires
July 25, 2027

Notary Public, State of Ohio