UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN BERBERICH, | : | Case No. 1:22-cv-00301 |
| Plaintiff, | : | JUDGE: MATHEW M. McFARLAND |
| v. | : | |
| CITY OF CINCINNATI, et al., | : | AFFIDAVIT OF MICHAEL BEPLER |
| Defendants. | : | |

I, Michael Bepler, being first duly cautioned and sworn, state and depose as follows:

1. I am over 18 years of age, am not under any restraint or disability, am competent to testify to the matters stated herein, and make this Affidavit upon my own knowledge.

2. I am a sergeant with the City of Cincinnati Police Department, a position I have held since 2003.

3. Attached to this affidavit as Exhibit A is an envelope containing a USB drive with the label "DataStick Pro by Centon" printed on it. That USB drive has eight files saved to it:

    1. CPD200530009996-10498-Sieving-2020-05-30_2134
    2. CPD200530009996-13180-White-2020-05-30_2139
    3. CPD200530009996-13180-White-2020-05-30_2159
    4. CPD200530009996-20539-Braile-2020-05-30_2200
    5. CPD200530009996-24407-Edwards-2020-05-30_2113
    6. CPD200530009996-32278-Bower-2020-05-30_2113
    7. FINALCPD200530009996-13075-Laney-2020-05-30_2130
    8. FINALCPD200530009996-21832-Schutte-2020-05-30_2159

4. Files 1 through 8 described in Paragraph 3 are true and exact copies of body worn camera recordings related to Incident Number CPD200530009996. They are public records under Ohio Revised Code 149.43, and are kept, maintained, and relied upon by the City of Cincinnati and the City of Cincinnati Police Department in the course of regularly conducted business activity.

Further Affiant sayeth naught.

                                                         Michael Bepler

STATE OF OHIO          )
                                )  ss:
COUNTY OF HAMILTON  )

Sworn to and subscribed in my presence this ___5___ day of _____, 2024.

**STEFANIE TORLOP**
Notary Public, State of Ohio
My Commission Expires
January 22, 2026

_____
Notary Public, State of Ohio

2

Exhibit A – Being Manually Filed